UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:

**APPALACHIAN FUELS, LLC,**

   Debtor.

CHAPTER 7 PROCEEDING
CASE NO.  09-10343

## MOTION TO APPEAR *PRO HAC VICE*

   Comes now Arthur M. Standish, a member of the law firm of Steptoe & Johnson PLLC, and Sarah C. McCarty, an associate with the law firm of Steptoe & Johnson PLLC ("Movants" and in the singular "Movant"), and hereby moves for permission to appear in the above captioned matter *pro hac vice* on behalf of Southern Region Industrial Realty, Inc., Pocahontas Land Corporation and Pocahontas Development Corporation pursuant to LR 83.2. In support of this Motion, Movant states:

1. Movant Arthur M. Standish is admitted to practice in the State of West Virginia and has been so admitted and in good standing continuously since 1983.  Movant Sarah C. McCarty is admitted to practice in the States of Ohio and West Virginia since 2006 and 2007 respectively.  The address and telephone number of the West Virginia State Bar is 2006 Kanawha Blvd. East, Charleston, West Virginia 25311-2204, (304) 558-7992.  The address and telephone number of the Ohio Supreme Court Office of Attorney Registration & CLE is 65 South Front Street, Fifth Floor, Columbus, Ohio 43215-3431, (614) 387-9323.

2. Movants' office is located at 707 Virginia Street East, Eighth Floor, Charleston, West Virginia 25301.

3. Movant Arthur M. Standish is also admitted to practice and is in good standing before the United States Bankruptcy and District Courts for the Southern Districts of West Virginia and has been continuously so admitted since 1983.  Movant Sarah C. McCarty is also admitted to practice and is in good standing before the United States District Court for the Southern District of Ohio and the United States District Court for the Southern District of West Virginia and has been continuously so admitted since 2007.

4. Movants have read and is familiar with the substantive and procedural requirements of the United States Bankruptcy Code, Title 11 U.S.C., and the Federal Rules of Bankruptcy Procedure.

5. Movants do not reside in or maintain an office for the practice of law within the Eastern District of Kentucky.

6.    Movants consent to be subject to the jurisdiction and rules of the Kentucky
Supreme Court governing professional conduct.

7.    Attached hereto and incorporated herein as Exhibit A is the Affidavit of Arthur M.
Standish.  Attached hereto and incorporated herein as Exhibit B is the Affidavit of Sarah C.
McCarty.

   **WHEREFORE**, Arthur M. Standish and Sarah C. McCarty pray that this Honorable
Court enter its order permitting them to appear in the above-referenced bankruptcy case
*pro hac vice* on behalf of Southern Region Industrial Realty, Inc., Pocahontas Land
Corporation and Pocahontas Development Corporation.

Dated this 16th day of June, 2009.


**STEPTOE & JOHNSON PLLC**
   Of Counsel

/s/ Arthur M. Standish
Arthur M. Standish, W.Va. Bar No. 3557
Steptoe & Johnson PLLC
P.O. Box 1588
Charleston, WV  25326-1588
(304) 353-8000
*Counsel for Movant*




 /s/ Sarah C. McCarty
Sarah C. McCarty, W.Va. Bar No. 10434
Steptoe & Johnson PLLC
P.O. Box 1588
Charleston, WV  25326-1588
(304) 353-8000
*Counsel for Movant*

CH5199230

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:                                    CHAPTER 7 PROCEEDING
                                          CASE NO.  09-10343

**APPALACHIAN FUELS, LLC,**

      Debtor.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of June, 2009, I electronically served copies of the foregoing MOTION TO APPEAR *PRO HAC VICE* with the Clerk of the Court using the CM/ECF system, and served all counsel of record, by depositing a true copy thereof in the United States mail, postage prepaid, in an envelope addressed as follows:

Office of the U.S. Trustee
100 E. Vine St. #500
Lexington, KY  40507

John Thomas Hamilton, Esq.
Gess Mattingly & Atchison
201 W. Short St.
Lexington, KY  40507-1231
*Counsel for Petitioning Creditor*

Daniel P. Cherry, Esq.
101 South Fifth St.
Suite 2500
Louisville, KY 40202
*Counsel for Petitioning Creditor*

                        /s/ Arthur M. Standish
                        Arthur M. Standish, W.Va. Bar No. 3557
                        Steptoe & Johnson PLLC
                        P.O. Box 1588
                        Charleston, WV  25326-1588
                        (304)353-8000

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:

**APPALACHIAN FUELS, LLC,**

      Debtor.

CHAPTER 7 PROCEEDING
CASE NO. 09-10343

## AFFIDAVIT OF ARTHUR M. STANDISH

STATE OF WEST VIRGINIA
COUNTY OF KANAWHA, TO WIT:

Arthur M. Standish ("Movant"), being first duly sworn, deposes and says:

1. Movant states that the firm of Steptoe & Johnson has represented Southern Region Industrial Realty, Inc., Pocahontas Land Corporation and Pocahontas Development Corporation in previous matters and has been requested to represent the interests of Southern Region Industrial Realty, Inc., Pocahontas Land Corporation and Pocahontas Development Corporation in its capacity as a creditor in the above captioned Chapter 7 bankruptcy case.

2. Movant states that he is admitted to practice in good standing in the State of West Virginia and has been so admitted and in good standing continuously since 1983. The address and telephone number of the West Virginia State Bar is 2006 Kanawha Blvd. East, Charleston, West Virginia 25311-2204, (304) 558-7992.

3. Movant is also admitted to practice in good standing before the United States District and Bankruptcy Courts for the Southern District of West Virginia and has been continuously so admitted since 1983.

4. Movant's office is located at 707 Virginia Street, E., Eighth Floor, Charleston, West Virginia 25301.

And further affiant sayeth not.

                                        */s/ Arthur M. Standish*
                                        Arthur M. Standish

      The foregoing instrument was acknowledged before me this 16th day of June, 2009 by Arthur M. Standish.

My commission expires July 27, 2014.

           OFFICIAL SEAL
           NOTARY PUBLIC
        STATE OF WEST VIRGINIA
          SUSAN D. OXLEY
           P. O. Box 1588
         Charleston, WV 25326
      My Commission Expires July 27, 2014

[NOTARIAL SEAL]

                       */s/Susan D. Oxley*
                       Notary Public

CH5199230

## **<u>EXHIBIT B</u>**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:

CHAPTER 7 PROCEEDING
CASE NO.  09-10343

**APPALACHIAN FUELS, LLC,**

Debtor.

### AFFIDAVIT OF SARAH C. MCCARTY

STATE OF WEST VIRGINIA
COUNTY OF KANAWHA, TO WIT:

Sarah C. McCarty ("Movant"), being first duly sworn, deposes and says:

1. Movant states that she is an associate with the firm of Steptoe & Johnson PLLC which has represented Southern Region Industrial Realty, Inc., Pocahontas Land Corporation and Pocahontas Development Corporation in previous matters and she has been requested to represent the interests of Southern Region Industrial Realty, Inc., Pocahontas Land Corporation and Pocahontas Development Corporation in its capacity as a creditor in the above captioned Chapter 7 bankruptcy case.

2. Movant Sarah C. McCarty is admitted to practice in the States of Ohio and West Virginia since 2006 and 2007 respectively.  The address and telephone number of the West Virginia State Bar is 2006 Kanawha Blvd. East, Charleston, West Virginia 25311-2204, (304) 558-7992.  The address and telephone number of the Ohio Supreme Court Office of Attorney Registration & CLE is 65 South Front Street, Fifth Floor, Columbus, Ohio 43215-3431, (614) 387-9323.

3. Movant Sarah C. McCarty is also admitted to practice and is in good standing before the United States District Court for the Southern District of Ohio and the United States District Court for the Southern District of West Virginia and has been continuously so admitted since 2007.

4. Movant's office is located at 707 Virginia Street, E., Eighth Floor, Charleston, West Virginia 25301.

And further affiant sayeth not.

/s/ Sarah C. McCarty
Sarah C. McCarty

The foregoing instrument was acknowledged before me this 16th day of June, 2009 by Sarah C. McCarty.



My commission expires July 27, 2014.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SUSAN D. OXLEY
P.O. Box 1588
Charleston, WV 25326
My Commission Expires July 27, 2014

/s/Susan D. Oxley
Notary Public

[NOTARIAL SEAL]

CH5199230