UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| APPALACHIAN FUELS, LLC | ) | |
| | ) | CASE NO. 09-10343 |
| | ) | |
| DEBTOR | ) | |

**NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

\* \* \* \* \* \* \* \* \* \* \*

Pursuant to Bankruptcy Rules 9010(b), 2002 and E.D. Ky. LBR 1007-2, Michael P. Wood, Peter R. Irwin, Traylor Richardson and Jennifer Cable Smock file this Notice of Appearance as counsel for Commonwealth of Kentucky, Department for Natural Resources. A copy of all correspondence, pleadings, notices, and other documents relating to this bankruptcy proceeding should be served on the undersigned.

DEPARTMENT FOR NATURAL RESOURCES

/s/ *Michael P. Wood*
MICHAEL P. WOOD
PETER R. IRWIN
TRAYLOR RICHARDSON
JENNIFER CABLE SMOCK
Office of General Counsel
2 Hudson Hollow Road
Frankfort, Kentucky 40601
Telephone: (502) 564-5576
Facsimile: (502) 564-6131
Email: Michael.Wood@ky.gov
Email: Peter.Irwin@ky.gov
Email: Tray.Richardson@ky.gov
Email: Jennifer.Smock@ky.gov
COUNSEL FOR DEPARTMENT FOR NATURAL RESOURCES

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served this 17th day of June, 2009, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order dated July 25, 2002 upon all parties in the electronic filing system in this case.

                                                  /s/ ***Michael P. Wood***
                                                  Michael P. Wood
                                                  COUNSEL FOR CREDITOR