UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHALND DIVISION

IN RE:                                    CASE NO. 09-10343
APPALACHIAN FUELS, LLC

DEBTOR(S)

ORDER APPROVING APPEARANCE BY
COUNSEL FOR THIS PARTICULAR CASE

This matter having come before the court on the motion of William H. Schwarzschild, III, who is not admitted to practice in this court but is an attorney in good standing in Tennessee, to appear and participate in the above-captioned case pro hac vice, and the court being otherwise properly and sufficiently advised, IT IS ORDERED:

Counsel may appear and participate in this particular case upon payment of the prescribed fee, accompanied by a copy of this order, to the Clerk of the U.S. District Court, Eastern District of Kentucky, PO Box 3074, Lexington, KY 40588, pursuant to Rule 83.2 of the Joint Local Rules for the United States District Courts for the Eastern and Western Districts of Kentucky.

Copies to:
Leslie G. Whitmer, Esq.
William H. Schwarzschild III, Esq.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott*
**Bankruptcy Judge**
**Dated: Thursday, June 18, 2009**
**(jah)**