# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## ASHLAND DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| APPALACHIAN FUELS, LLC, et. al. | CASE NO. 09-10343 |
| DEBTORS | JOINTLY ADMINISTERED |

## MOTION TO EMPLOY M&M MANAGEMENT, INC. AS COAL CONSULTANT PURSUANT TO PROPOSED ENGAGEMENT LETTER

Come Appalachian Fuels, LLC[1], as Debtors and Debtors-in-Possession in the above-referenced Chapter 11 bankruptcy cases (collectively, the "Debtor"), and hereby move the Court for an order approving the Debtor's engagement and employment of M&M Management, Inc. ("M&M") as the Debtor's coal consultant and advisor all on the terms contained in that certain Engagement Letter dated July 14, 2009 (and if approved, to be effective on July 7, 2009) between the Debtor and M&M, same being attached hereto as <u>Exhibit A</u>.  In support of this Motion, the Debtor states, as follows:

1.  On June 29, 2009, the Court entered an Order of Relief (Docket No. 117).  Upon conversion to a Chapter 11 (Docket No. 144), the Debtor is operating its business as debtor and debtor-in-possession pursuant to sections 1107(a) and 1108 of the Code.

2.  The Court has subject matter jurisdiction over this Motion pursuant to 28 U.S.C. Section 1334.  This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A).  The Court can exercise its subject matter jurisdiction pursuant to 28 U.S.C. Section 157(b)(1).  Venue of this case

---

[1] The other related Debtors include: Appalachian Holding Company, Inc. (09-10372); Appalachian Premium Fuels, LLC (09-10373); Appalachian Environmental, LLC (09-10374); Kanawha Development Corporation (09-10375); and pending consolidation are Appalachian Coal Holdings, Inc. (09-10405) and Southern Eagle Energy, LLC (09-10406).

and this Motion is proper in this district pursuant to 28 U.S.C. Sections 1408 and 1409. No request has been made for the appointment of a trustee or examiner, and no committee has been appointed in this case.

3. The Debtor proposes to engage M&M to act as a consultant for the Debtor in various capacities described in said letter, including, but not limited to, identification of the Debtor's tangible and intangible assets, examination of the Debtor's contracts with its lessors and other third parties, solicitation of written offers to purchase all of the Debtor's assets, compilation of a comprehensive marketing package for distribution to potential purchasers and preparation of regular reports as to its activities. The Debtor proposes to pay M&M the monthly fee of $20,000 per month beginning on August 7, 2009 (for the period of time between July 7, 2009 and August 6, 2009), and thereafter until the Debtor terminates its relationship by giving five (5) days' written notice.

4. The Debtor believes that the engagement of M&M will bring specific expertise concerning the Debtor's future liquidation efforts and further the interest of the Debtor, creditors and the estate in achieving the highest possible price for the Debtor's assets. The Affidavit of the president of M&M, Marc R. Merritt, showing disinterestedness in conformity with Code § 327 are attached hereto as <u>Exhibit B</u>.

5. The Debtor requests the immediate entry of an order appointing M&M as the Debtor's consultant and approving the terms of the Engagement Agreement attached as Exhibit A.

6. The liquidation of the Debtor's assets require an outside entity, familiar and experienced in conducting such sales and auctions, to come in, direct, supervise, and conduct same. The Debtor's Chief Liquidating Officer, James H. Frazier III, interviewed Mr. Merritt and others and believes that M&M has such experience and capabilities. The Debtor has negotiated the terms and

compensation of the Auctioneers and believes such terms and compensation are fair and reasonable. The Debtor believes that M&M will maximize the liquidation value of the Debtor's assets. The employment history of Marc R. Merritt is attached hereto as <u>Exhibit C</u>.

**WHEREFORE**, the Debtor respectfully moves that the Court enter a order approving the employment of M&M pursuant to the proposed Engagement Letter, and for all other relief to which it may appear entitled.

**NOTICE** Is hereby given that the above motion will be brought on for an expedited hearing on Friday, July 17, 2009 at 9:15 a.m., prevailing time, in the Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky.

                      **BUNCH & BROCK**

                      By:    /s/ W. Thomas Bunch
                           **W. THOMAS BUNCH**
                           271 West Short Street, Suite 805
                           P. O. Box 2086
                           Lexington, Kentucky 40588-2086
                           (859) 254-5522
                           (859) 233-1434 FAX
                  ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

This is to certify that on this the 14th day of July, 2009, a true and correct copy of the foregoing was served electronically by the Clerk of the Bankruptcy Court in the method established under CM/ECF Administrative Procedures Manual and the Local Court Standing Order dated July 25, 2002, U.S. Trustee and all attorneys of record and by e-mail upon the 20 Largest Unsecured Creditors.

                           /s/ W. Thomas Bunch
                           W. THOMAS BUNCH