**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION**

IN RE:                                                                                  CHAPTER 11

APPALACHIAN FUELS, LLC et al.                                       CASE NO. 09-10343

             DEBTORS                                               JOINTLY ADMINISTERED[1]


**REPORT OF SALE NO. 1
(Ritchie Bros. Auction Results)**

Come the Debtors, by and through Counsel, and hereby submits this Report of Sale No. 1:

1.          Pursuant to Sale Order No. 1 - Ritchie Bros. (Doc. No. 402), its appointment as

Auctioneer (Doc. No. 295) and its Commission Contract attached thereto, Ritchie Bros. conducted

an international absolute auction sale in Charleston, West Virginia on September 28, 2009 from 8:30

a.m., Eastern time, until completed that afternoon.  Ritchie Bros. originally estimated a $14 million

gross bid sale for all equipment; the auction actually grossed slightly over $16 million.

2.          Ritchie Bros. prepared five separate settlements in order to keep track of all

equipment by location.  The five (5) Auction Settlement Statements are coded A01 through E01,

same being attached hereto as **Exhibits A through E**, and a summary of the five settlements is

attached hereto as **Exhibit F**.  The items auctioned included all the Debtors' mining equipment

(except these items reserved for Massey per Sale No. 2), and equipment leased or owned by various

lessors/secured parties.

---

[1] The case being jointly administered with Appalachian Fuels, LLC, Case No. 09-10343 include: Appalachian Holding Company, Inc., Case No. 09-10372, Appalachian Premium Fuels, LLC, Case No. 09-10373, Appalachian Environmental, LLC, Case No. 09-10374, Kanawha Development Corporation, Case No. 09-10375, Appalachian Coal Holdings, Inc., Case No. 09- 10405 and Southern Eagle Energy, LLC, Case No. 09-10406.

3.      As shown by Exhibit F, fhe total sale proceeds to the Debtors was $4,921,519.25.

After Ritchie Bros. recouped the $4,000,000.00 advance it made to the Debtors in July, 2009, the

Debtors have received $921,519.25 as of the date of this report.

4.      Two maps, one showing the location of the 600 registered bidders and the other map

showing the location of the 122 successful bidders, are attached hereto as **Exhibit G**.

5.      Some items received no bids and these items are attached as **Exhibit H**.  Ritchie Bros.

intends to re-auction them at another Ritchie Bros. auction in November, 2009.

6.      After the sale, three pieces of equipment owned by Caterpillar are now in dispute as

to whether they were to be sold:

    Lot 65W Cat 988F 2ZR01564  $65,000.00
    Lot 65A  Cat 988F 84G00679  $50,000.00
    Lot 66B  Cat 988F 84G75020  $65,000.00

This dispute is between Ritchie Bros. and Caterpillar and does not appear to involve the Debtors.

7.      Pursuant to the Alloy Dock Order (Doc. No. 472), proceeds from the following two

pieces of equipment are being held by Ritchie Bros pending further orders of this Court.

    1990 988B Loader 50W10262  $27,000.00
    1990 988B Loader 50W04465  $22,000.00


                          **BUNCH & BROCK**

                          BY:     /s/ W. Thomas Bunch
                                  **W. THOMAS BUNCH**
                                  271 West Short Street, Suite 805
                                  Lexington, Kentucky 40507
                                  (859) 254-5522
                                  (859) 233-1434 FAX

                          ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

This is to certify that on this the 15th day of October, 2009, a true and correct copy of the foregoing was served electronically by the Clerk of the Bankruptcy Court in the method established under CM/ECF Administrative Procedures Manual and the Local Court Standing Order dated July 25, 2002, U.S. Trustee and all attorneys of record, and by e-mail upon Master Service List No. 1 (Doc. No. 235).

   /s/ W. Thomas Bunch     
**W. THOMAS BUNCH**