**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| APPALACHIAN FUELS, LLC et al. | CASE NO. 09-10343 |
| DEBTORS | JOINTLY ADMINISTERED[1] |

**DEBTORS' REPORT OF AUCTION ON SALE NO. 3**
**(Dante)**

Come the Debtors by Bankruptcy Counsel and for their Report of Auction on Sale No. 3 (Dante) state as follows:

1. The Debtors filed their "Motion for an Order Approving Bid Procedures . . . Auction Process and Related Relief" (Doc. No. 495) on September 23, 2009 for leave to sell the Dante Mining Complex in West Virginia and to establish a bidding procedure and Sale Hearing Date.

2. On September 30, 2009 the Court approved certain bidding procedures (Doc. No. 565), approved a stalking horse Asset Purchase Agreement (filed on September 24, 2009, Doc. No. 518) and fixed a sale approval hearing date on October 26, 2009. The bidding procedures order was amended to delay the auction date to October 21, 2009 (Doc. No. 618).

3. Prior to the auction date of October 21, 2009, the Debtors through its CLO, James H. Frazier, III notified all known and potential bidders of the auction sale and Bankruptcy Counsel

---

[1] The case being jointly administered with Appalachian Fuels, LLC, Case No. 09-10343 include: Appalachian Holding Company, Inc., Case No. 09-10372, Appalachian Premium Fuels, LLC, Case No. 09-10373, Appalachian Environmental, LLC, Case No. 09-10374, Kanawha Development Corporation, Case No. 09-10375, Appalachian Coal Holdings, Inc., Case No. 09- 10405 and Southern Eagle Energy, LLC, Case No. 09-10406.

AppalachianFuels\Report of Sale No. 3 - Dante.

placed a notice of the auction in the Charleston, West Virginia newspaper (see Doc. No. 596).

4. Prior to the auction date and in conformity with the bidding procedures order, the Debtors received a competing offer with the required $50,000 deposit from A.T. Massey Coal Company ("Massey") exceeding the stalking horse bid of Wolf Run Mining Company ("Wolf Run"), thus making Massey a Qualified Bidder.

5. On October 21, 2009 the Debtors, with the Debtors' CLO presiding, commenced the auction of the Dante Complex which auction continued into Wednesday night and resumed on Thursday October 22, 2009. After over 100 rounds of bidding between Massey and Wolf Run, Wolf Run chose not to make an overbid to Massey's last bid and the Debtors declared Massey the highest bidder at the auction.

6. Thereupon the Debtors, with the participation of the Committee via its counsel, reviewed the Massey offer to conclude that:

    A. The assumption, cure and assignment of all of the Leases at the Dante Complex;

    B. The assumption of all of the permits thereon with the requisite reclamation obligations;

    C. The payment of certain costs including the Ross Lease litigation removal costs to the West Virginia bankruptcy attorney; and

    D. The payment to the Debtors of $6.1 million at the closing.

was the highest and best offer and was in the best interests of the Debtors' and its Creditors.

7. Therefore the Debtors report, recommend and in conformity with the Sale Motion No. 3 request the Court to approve the sale of the Dante premises to Massey, to approve the Asset Purchase Agreement ("APA") in connection therewith (to be filed later when completed) and to authorize the debtors to close the sale of the Dante Complex to Massey in conformity with the APA,

along with the assumption, cure and qssignment of all leases and permits thereon and as identified in the APA.

          **BUNCH & BROCK**

BY:    /s/ W. Thomas Bunch
       **W. THOMAS BUNCH**
       805 Security Trust Building
       271 West Short Street
       Lexington, Kentucky 40507
       (859) 254-5522
       (859) 233-1434 FAX

ATTORNEYS FOR DEBTORS

**CERTIFICATE OF SERVICE**

This is to certify that on this the 27th day of October, 2009, a true and correct copy of the foregoing was served electronically by the Clerk of the Bankruptcy Court in the method established under CM/ECF Administrative Procedures Manual and the Local Court Standing Order dated July 25, 2002, U.S. Trustee and all attorneys of record, and by e-mail upon Master Service List No. 1 (Doc. No. 235).

   /s/ W. Thomas Bunch
**W. THOMAS BUNCH**