**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

IN RE:

APPALACHIAN FUELS, LLC                                    CASE NO.   09-10343

   DEBTOR                                                        CHAPTER 7

**NOTICE REGARDING TERMINATION FEE FOR SALE NO. 3**

PLEASE TAKE NOTICE THAT the Termination Fee due to Wolf Run Mining Company related to Sale No. 3 in the amount of $50,000 was approved pursuant to that certain Agreed Order Approving Bidding Procedures for a Sale and Auction Process and Notice of Sale Hearing No. 3 [Doc. No. 565] (the "Procedures Order"), subject to reasonableness.

PLEASE TAKE FURTHER NOTICE THAT payment of the Termination Fee is allowed "by agreement of the Debtors and the Official Committee of Unsecured Creditors" pursuant to the Procedures Order.

PLEASE TAKE FURTHER NOTICE THAT the Debtors and the Official Committee of Unsecured Creditors agree that the Termination Fee is reasonable, and due and payable to Wolf Run Mining Company.

AGREED TO BY:

*/s/ W. Thomas Bunch (per e-mail authorization 11.17.09)*
W. Thomas Bunch
Bunch & Brock
805 Security Trust Building
271 West Short Street
Lexington, Kentucky 40507
COUNSEL FOR THE DEBTORS

*/s/ Tracey N. Wise (per e-mail authorization 11.18.09)*
Tracey N. Wise
WiseDelCotto PLLC
200 North Upper Street
Lexington, KY 40507
COUNSEL FOR THE COMMITTEE


*/s/ Gregory R. Schaaf*
Gregory R. Schaaf
Greenebaum Doll & McDonald PLLC
300 West Vine Street, Suite 1100
Lexington, KY 40507
COUNSEL FOR WOLF RUN MINING COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this the 18th day of November 2009, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order dated July 25, 2002, upon all parties in the electronic filing system in this proceeding.

                                          */s/ Gregory R. Schaaf*
                                          COUNSEL FOR WOLF RUN MINING COMPANY

3651068_1.doc