UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:                                                                                                          CHAPTER 11

APPALACHIAN FUELS, LLC et al.                                                    CASE NO. 09-10343

        DEBTORS                                                                         JOINTLY ADMINISTERED[1]

## ORDER APPROVING AMENDED JOINT DISCLOSURE STATEMENT; AUTHORIZATION TO SOLICIT CREDITORS' VOTES ON THE JOINT PLAN; AND NOTICE OF CONFIRMATION HEARING DATE;

The Debtors' "Motions for Approval of Joint Disclosure Statement and Ballot Form and Notice of Joint Disclosure Statement Approval Hearing Date, Miscellaneous Related Relief" (Doc. No. 1731) ("Motion"), filed herein on August 23, 2011 and the Amended Joint Disclosure Statement ( Doc. No. 1863) ("Disclosure Statement") and the Amended Joint Plan of Orderly Liquidation and Distribution (Doc. No. 1862) ("Plan") having been filed on October 12, 2011, and the "Order and Notice of Hearing Date on Debtors' and Committees' Joint Disclosure Statement" (Doc. No. 1739) having been served on all Creditors on or before September 2, 2011, and the Court having heard presentations thereon from the Debtors on October 7, 2011 pursuant to adequate notice, and no objections having been filed and the Court being otherwise sufficiently advised, IT IS ORDERED AND ADJUDGED as follows:

    1.      The Debtors' Motion should be and it hereby is sustained.

---

[1] The case being jointly administered with Appalachian Fuels, LLC, Case No. 09-10343 include Appalachian Holding Company, Inc., Case No. 09-10372, Appalachian Premium Fuels, LLC, Case No. 09-10373, Appalachian Environmental, LLC, Case No. 09-10374, Kanawha Development Corporation, Case No. 09-10375, Appalachian Coal Holdings, Inc., Case No. 09- 10405 and Southern Eagle Energy, LLC, Case No. 09-10406.

AppFuels\DS&Plan Approval Order Amended

2.      The Disclosure Statement (Doc. No. 1863) should be and it is hereby approved as containing "adequate information" as defined in Code §1125, and the Debtors are authorized to provide said Disclosure Statement to certain Classes of Impaired Creditors in the Classes identified in Plan Article 4 for solicitation of their votes for or against the Plan.

3.      The Ballots, attached to Debtor's Motion as composite Exhibit 1, are approved in the forms attached thereto (to be updated as to dates) and may be used by the Debtors when the Plan and Disclosure Statement are served on the Classes of Impaired Creditors.

4.      Within one (1) week from the entry of this Order, Debtors' Counsel shall give notice of the filing of the Disclosure Statement, the Plan, the Ballot and the notice of the disclosure statement approval hearing (a) by ECF on the attorneys for creditors in the Impaired Classes; and (b) place the aforementioned documents on a website available at https://sites.google.com/site/appfuelsch11/, and (c) mail the "Notice of Voting" (Motion Exhibit 3) to all Creditors who are Nondisenfranchised Creditors, as that phrase is defined in the Motion, by U.S. Mail postage prepaid.  The Debtors and/or Committee may prepare a letter of recommendation of voting and if so, the Debtors shall include such letter on the website for consideration by the Nondisenfranchised Creditors.  The Nondisenfranchised Creditors shall be entitled to vote by downloading the Ballot and mailing, faxing or e-mailing the voted Ballot to Counsel.  They may alternatively obtain hard copies of the Plan, Disclosure Statement and the Ballot from Counsel and Counsel shall deliver paper copies of the foregoing to any Creditor requesting same.

5.      The Disenfranchised Creditors, as defined in the Motion, shall not be entitled to vote for or against the Plan and any Ballots from a Disenfranchised Creditor submitted to Counsel shall

not be counted one way or another for or against the Plan. The Debtors shall send no further notices to any Disenfranchised Creditor after the filing of the Motion and the notices thereof.

6. The Nondisenfranchised Creditors, as defined in the Motion, shall be entitled to vote for or against the Plan on the Ballot applicable to each Creditor and which Ballot shall be available on the website mentioned in Para. 4 above. The Nondisenfranchised Creditors shall vote the Ballots attached to the Motion applicable to them as follows:

   AppFuels Class 4 (Community Trust Bank) - Motion Exhibit 1-A
   AppFuels Class 5 (Town Square Bank) - Motion Exhibit 1-B
   AppFuels Class 6 (Heritage Bank) - Motion Exhibit 1-C
   AppFuels Class 7 (Other Secured Creditor) - Motion Exhibit 1-D
   AppFuels Class 8 (Priority Employee Wage Claimant) - Motion Exhibit 1-E
   AppFuels Class 9 (Priority Employee Medical Claimant) - Motion Exhibit 1-F
   AppFuels Class 10 (Priority Tax Claimant) - Motion Exhibit 1-G
   AppFuels Class 11 (Unsecured Claimant) - Motion Exhibit 1-H
   AppPremFuels Class 4 (Secured Claimant) - Motion Exhibit 1-I
   AppPremFuels Class 5 (Priority Employee Wage Claimant) - Motion Exhibit 1-J
   AppPremFuels Class 6 (Priority Employee Medical Claimant) - Motion Exhibit 1-K
   AppPremFuels Class 7 (Priority Tax Claimant) - Motion Exhibit 1-L
   AppPremFuels Class 8 (Unsecured Claimant) - Motion Exhibit 1-M

Exhibit 5 to the Amended Disclosure Statement identifies each Nondisenfranchised Creditor and the ballot(s) which such Creditor is entitled to vote. If any Creditors votes the incorrect Ballot, the Debtors shall have the right to correct it and count the voted Ballot in the correct Class, if determinable. If not determinable, the Ballot shall not be counted.

7. **ALL CREDITORS SHALL HAVE THROUGH AND INCLUDING NOVEMBER 23, 2011 AT 5:00 P.M. EASTERN TIME WITHIN WHICH TO RETURN THEIR VOTED BALLOTS (BY MAIL, BY FAX OR BY E-MAIL) TO DEBTORS' COUNSEL: W. THOMAS BUNCH, BUNCH & BROCK, P.O. BOX 2086, LEXINGTON, KENTUCKY 40588, OR BY FACSIMILE: (859) 233-1434 (ATTN: TRESINE) OR BY E-MAIL: PETER@BUNCHLAW.COM. SUCH BALLOTS MUST BE RECEIVED BY**

**COUNSEL WITHIN THIS DEADLINE OR THEY WILL NOT BE COUNTED AS PROPERLY-VOTED BALLOTS.**

8. Counsel shall file a Report of Balloting on or by December 5, 2011 setting forth the result of the voting for or against the Plan.

9. Any objections to Confirmation shall be filed with the Court on or before noon December 7, 2011.

10. The Debtor and any objecting Creditor shall advise the Court on or before 3:00 p.m. on December 8, 2011 as to the estimated time for any proof to be presented at the Confirmation Hearing.

11. **THE CONFIRMATION HEARING SHALL BE DECEMBER 9, 2011 AT 9:00 A.M., PREVAILING TIME, IN THE BANKRUPTCY COURTROOM, SECOND FLOOR, 100 EAST VINE STREET, LEXINGTON, KENTUCKY, TO HEAR THE ISSUES RELATING TO THE CONFIRMATION OF THE PLAN, IF ANY.**

AGREED TO AND
TO BE ENTERED:

**BUNCH & BROCK**

BY:   /s/ Peter J. W. Brackney
  **W. THOMAS BUNCH**
  **PETER J. W. BRACKNEY**
  805 Security Trust Building
  271 West Short Street
  Lexington, Kentucky 40507
  (859) 254-5522

ATTORNEYS FOR DEBTORS

**DELCOTTO LAW GROUP PLLC**

BY:   /s/ T. Kent Barber, Esq.
      Dean A. Langdon, Esq.
      T. Kent Barber, Esq.
      200 North Upper Street
      Lexington, KY 40507
      (859) 231-5800

COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF APPALACHIAN FUELS, LLC


**MILLER GRIFFIN & MARKS, PSC**

BY:   /s/ Donald R. Rose
      Donald R. Rose, Esq.
      271 W. Short Street, Suite 600
      Lexington, KY 40507
      (859) 255-6676

COUNSEL FOR THE OFFICIAL COMMITTEE FOR UNSECURED
CREDITORS OF APPALACHIAN PREMIUM FUELS, LLC


Copies to:
Peter J. W. Brackney          to serve
W. Thomas Bunch               via CM/ECF
U.S. Trustee                  via CM/ECF
Dean A. Langdon               via CM/ECF
Donald R. Rose                via CM/ECF
Master Service List (Doc. No. 235)


Pursuant to Local Rule 9022-1(c), Peter J. W. Brackneyshall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the Order upon the parties within fourteen (14) days hereof.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
***The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.***



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Sunday, October 16, 2011**
**(jms)**